```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
             Plaintiff,         )           4:08CR3136
                                )
     v.                         )
                                )
ALVARO FACUNDO-JUAREZ,          )              ORDER
                                )
             Defendant.         )
                                )
```

   IT IS ORDERED:

   Plaintiff's motion to amend indictment to correct scrivener's error, filing no. 15, is granted, and the clerk shall docket the case as a Lincoln case.

   DATED this 27th day of October, 2008.

                                   BY THE COURT:

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge